IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEVIN CUMMINGS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV-05-121-M |
| | ) |
| RON WARD, Director, Oklahoma Department of Corrections, | ) ) |
| | ) |
| Respondent. | ) |

## ORDER

On April 22, 2005, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation [docket no. 13] in this action brought pursuant to 28 U.S.C. § 2241. Magistrate Judge Argo recommends that this Court deny Petitioner's petition for a writ of habeas corpus. Petitioner timely objected to the Report and Recommendation. Thus, the matter is at issue.

The Court has carefully reviewed this matter de novo. The Court agrees with Magistrate Judge Argo's Report and Recommendation in all respects. Accordingly, the Court hereby:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by Magistrate Judge Argo on April 22, 2005;

(2) DENIES Petitioner's petition for a writ of habeas corpus [docket no. 1]; and

(3) ORDERS that judgment in favor of Respondent issue forthwith.

**IT IS SO ORDERED this 1st day of June, 2005.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE